MAX SOUND CORPORATION,
Plaintiff-Appellant

v.

GOOGLE, INC., Youtube, LLC, On2
Technologies, Inc., Defendants-
Appellees

Vedanti Systems Limited, Defendant

2016-1620

United States Court of Appeals,
Federal Circuit.

Date January 18, 2017

ERIC WILLIAM BUETHER, Buether Joe &
Carpenter LLC, Dallas, TX, argued for
plaintiff-appellant.

STEFANI E. SHANBERG, Wilson, Sonsini,
Goodrich & Rosati, PC, San Francisco,
CA, argued for defendants-appellees. Also
represented by ROBIN L. BREWER, MICHAEL
J. GUO, JENNIFER J. SCHMIDT; HEIDI LYN
KEEFE, Cooley LLP, Palo Alto, CA.

**JUDGMENT**

Per Curiam (Prost, Chief Judge, Schall
and Chen, Circuit Judges).

THIS CAUSE having been heard and con-
sidered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

IN RE: Steven C. CHUDIK, Appellant

2016-1902

United States Court of Appeals,
Federal Circuit.

Date January 18, 2017

GREGORY B. BEGGS, Law Offices of Greg-
ory B. Beggs, Downers Grove, IL, argued
for appellant.

MEREDITH HOPE SCHOENFELD, Office of
the Solicitor, United States Patent and
Trademark Office, Alexandria, VA, argued
for appellee Michelle K. Lee. Also repre-
sented by NATHAN K. KELLEY, THOMAS W.
KRAUSE, MARY L. KELLY.

**JUDGMENT**

Per Curiam (Dyk, Reyna, and Stoll,
Circuit Judges).

THIS CAUSE having been heard and con-
sidered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**